RECEIVED
SEP - 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOE N. GOODS | CIVIL ACTION NO. 11-840 |
| VERSUS | JUDGE TRIMBLE |
| MONA HEYSE, RANDY OLIFF and TIM WILKINSON | MAGISTRATE JUDGE KIRK |

## JUDGMENT AND ORDER

For the reasons contained in the report and recommendation of the magistrate judge,[1] previously filed herein, and after independent (de novo) review of the record including the objections filed by plaintiff,[2] and having determined that the findings and recommendation are correct under applicable law; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that all claims by plaintiff in the above-captioned suit are **DENIED** and **DISMISSED** with prejudice. It is further

**ORDERED** that the jury trial of this matter, presently fixed for September 30, 2013 is **CANCELLED**.[3] Similarly, the telephone conference previously set in this matter for Tuesday, September 10, 2013 is **CANCELLED**.[4]

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 5th day of September, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 41.
[2] R. 48. The court notes that, although plaintiff's motion for extension of time in which to file objections was granted (see, R. 43, 47), plaintiff was able to complete and file his objections within the original delays assigned.
[3] R. 35.
[4] R. 38.